# United States District Court
# Central District of California

JS-6

FILED
CLERK, U.S. DISTRICT COURT

FEB 28, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____BH_____ DEPUTY

China Franklin

Plaintiff,

v.

National Credit Audit Corporation,

Defendant.

LACV 17-6462-VAP (PLAx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Dismissing the Complaint filed concurrently herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: ___2/28/18___

Virginia A. Phillips
United States District Judge